# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARREN CHAKER-DELNERO,

    Plaintiff,

v.

BUTLER & HAILEY, *et al.*,

    Defendants.

Case No. 2:06-CV-0022-KJD-LRL

**ORDER**

    Presently before the Court is Plaintiff's Motion to Seal Partial Records (#27). Though the time for doing so has passed no response in opposition has been filed. The information that Plaintiff seeks to protect should have been redacted or filed under seal initially, because it contained financial account numbers and information regarding his medical history. Accordingly, good cause being found and in accordance with Local Rule 7-2(d), the Court grants the Motion (#27). The Clerk of the Court shall seal docket nos. 18 & 22.

    DATED this 3rd day of December 2012.

_____
Kent J. Dawson
United States District Judge