Darren Chaker
1140 Wall Street #77
La Jolla, CA 92038
DarrenChaker@Gmail.com
Self-Represented



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARREN CHAKER-DELNERO,

    Plaintiff,

v.

BUTLER & HAILEY, et. al.

    Defendant.

Case No.: 2:06-cv-00022-KJD-LRL

PETITION TO REOPEN CASE

COMES NOW PLAINTIFF DARREN CHAKER-DELNERO and files this Petition to Reopen Case.

The statute Plaintiff seeks to seal records under was enacted in 2019. Judicial Council Forms were made available to utilize the statute in 2020. Due to the serious nature of the issues contained in the papers recently presented to this honorable court and recent enactment of the statute allowing Respondent a statutorial basis to rely on, it is requested this matter is reopened for the limited purpose of deciding the motion before it.

DATED: June 16, 2021

                                    Respectfully submitted,

                                    Darren Chaker-Delnero
                                    Plaintiff